*STATE* vs. *PIERCE.*

HORSE-STEALING. The attorney-general offered as evidence the examination of the prisoner, taken by the mayor. It appeared to have been subscribed and *sworn to* by the prisoner.

*Examination of prisoner on oath, rejected.*

*Hennen* for the defendants. It cannot be read. The examination of the person accused ought not to be upon oath. *Hale's P. C.* 584. The confession of a person taken upon oath, cannot be read, in evidence against him. Of course, no prisoner, brought before a magistrate, ought to be sworn. The reasons of this restriction result from the most obvious principles of justice, policy, and humanity. *M'Nally's P. C.* 47. The examination of the prisoner shall be without oath. *Buller's N. P.* 242. 2 *Bacon's Abr.* 664.

OUR act of assembly, 1805, *c.* 8, *sec.* 1, requires the magistrate to take the *voluntary declarations* of such persons so accused.

EXAMINATION REJECTED.